No. 367, Misc. GAYNOR v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 382, Misc. PITTS v. NEW YORK. Appellate Division, Supreme Court of New York, Second Judicial Department. Certiorari denied.

No. 395, Misc. FREEMAN ET AL. v. BANNAN, WARDEN. C. A. 6th Cir. Certiorari denied.

NOVEMBER 7, 1960.

No. 360, Misc. SCOTT v. CALIFORNIA. Upon the suggestion of counsel for petitioner of the death of petitioner, the petition for writ of certiorari to the Supreme Court of California is dismissed. *Morris Lavine* for petitioner.

No. 434, Misc. LYONS v. NEW YORK. Motion for leave to file petition for writ of certiorari denied.

No. 422, Misc. CORSO v. MURPHY, WARDEN;
No. 440, Misc. KITCHEN v. UNITED STATES;
No. 441, Misc. FARMER v. WILLINGHAM, WARDEN;
No. 454, Misc. STRIGNANO v. UNITED STATES; and
No. 466, Misc. IN RE BICKOW. Motions for leave to file petitions for writs of habeas corpus denied.

No. 243, Misc. IN RE SMITH; and
No. 452, Misc. DOBY v. COLLINS ET AL. Motions for leave to file petitions for writs of habeas corpus denied. Treating the papers submitted as petitions for writs of certiorari, certiorari is denied. Petitioners *pro se*. *Hilton A. Dickson, Jr.*, Attorney General of New Mexico, and *Carl P. Dunifon, Mark C. Reno* and *Norman S. Thayer*, Assistant Attorneys General, for respondent in No. 243, Misc.